**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Fred J. de La Cotera

                    Plaintiff,

v.                                                               Case No.: 1:20–cv–04280
                                                                     Honorable Thomas M. Durkin

Singlecare Services LLC, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 17, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin: Parties' joint motion to stay case for 90 days, R. 13, with the exception of the subpoena noted in the motion, is granted. Defendants to answer or otherwise plead by 11/16/20. Joint status report due by 11/23/20. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.